| DISTRICT COURT OF THE VIRGIN ISLANDS |
| DIVISION OF ST. CROIX |

| | | |
|---|---|---|
| CORA BERGAN, | | |
| Plaintiff, | ‖ | 1:07-cv-120 |
| v. | ‖ | |
| KMART CORPORATION, | ‖ | |
| Defendant. | ‖ | |

TO: Lee J. Rohn, Esq.
Eugenio W.A. Geigel-Simounet, Esq.

## ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS

THIS MATTER came before the Court upon Plaintiff's Motion For Sanctions For Failure to Obey the Court's Order Dated September 25, 2009 (Docket No. 63). The time for filing a response has expired.

The record contains a Notice of Supplementation of Production of Documents (Docket No. 50), filed December 23, 2009, by Defendant, wherein Defendant states that it produced the "call-in" report. However, the notice is silent regarding the additional documents that were required to have been produced by the Court's Order (Docket No. 42), entered September 25, 2009.

WHEREFORE, it is now hereby **ORDERED**:

1. Plaintiff's Motion For Sanctions For Failure to Obey the Court's Order Dated September 25, 2009 (Docket No. 63) is **GRANTED**.

2. Defendant shall supplement, on or before **March 19, 2010**, its responses to Plaintiff's Demand For Production of Documents as directed in said order.

3. Defendant shall pay to counsel for Plaintiff, on or before **March 19, 2010**, the sum of **$300.00,** as a sanction for its failure to comply with the said order and necessitating Plaintiff's motion.

ENTER:

Dated: March 5, 2010 /s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE